UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL BOONE,<br><br>            Plaintiff,<br><br>       vs.<br><br>CSP CORCORAN WARDEN, et al.,<br><br>            Defendants. | No. 1:19-cv-01232-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 18.)<br><br>ORDER FOR THIS CASE TO PROCEED ONLY AGAINST DEFENDANTS BURNES, TAPIA, FLORES, BRANDON, DOWDY, BLANCO, AND VEGA FOR USE OF EXCESSIVE FORCE UNDER THE EIGHTH AMENDMENT, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

   Plaintiff Emanuel Boone is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

   On November 8, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only against defendants Burnes, Tapia, Flores, Brandon, Dowdy, Blanco, and Vega, for use of excessive force in violation of the Eighth Amendment, and that all remaining claims and defendants be dismissed from this action based on plaintiff's failure to state a claim.  (Doc. No. 18.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto

were to be filed within fourteen (14) days from the date of service. (*Id.*) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on November 8, 2021 (Doc. No. 18), are adopted in full;
2. This action now proceeds only with plaintiff's claims against defendants Burnes, Tapia, Flores, Brandon, Dowdy, Blanco, and Vega, for use of excessive force in violation of the Eighth Amendment;
3. All remaining claims and defendants are dismissed from this action;
4. Plaintiff's claims for improper prison appeals process, denial of adequate medical care, and failure to intercede are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted;
5. Defendants Warden of CSP, Manuel Galvan, Jr. (Psychiatric Technician (Psych Tech)); Rajinder Gill (LVN); S. Ramirez (RN); Dr. Edgar Clark; and Dr. Ravijot Gill are dismissed from this action based on plaintiff's failure to state any claims against them upon which relief may be granted; and
6. This case is referred back to the magistrate judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:  **December 17, 2021**

_____
UNITED STATES DISTRICT JUDGE