UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL BOONE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CSP CORCORAN WARDEN, et al.,<br><br>　　　　　Defendants. | **1:19-cv-01232-JLT-GSA-PC**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 27.)** |

**I.　BACKGROUND**

　　　Emanuel Boone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on September 6, 2019.  (ECF No. 1.)  This action now proceeds with the First Amended Complaint filed on October 5, 2020, against defendants J. Burnes, D. Tapia, J. Flores, K. Brandon, C. Dowdy, N. Blanco, and E. Vega ("Defendants") for use of excessive force in violation of the Eighth Amendment.  (ECF No. 13.)

　　　On January 5, 2022, the court issued an order initiating service of process upon Defendants.  (ECF No. 20.)  On March 2, 2022, the Marshal filed a return of service unexecuted as to Defendant E. Vega, indicating that the Marshal was unable to locate Defendant Vega for service of process at Corcoran State Prison in Corcoran, California.

1

On March 14, 2002, the Court issued an order to show cause requiring Plaintiff to respond and show cause why Defendant E. Vega should not be dismissed from this case for Plaintiff's failure to provide sufficient information for service upon Defendant E. Vega. (ECF No. 27. On April 4, 2022, Plaintiff responded to the order to show cause. (ECF No. 30.)

## II.     PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff informs the Court that to his knowledge he never indicated that Defendant E. Vega worked at Corcoran State Prison, but rather that Defendant E. Vega worked at Wasco State Prison in Wasco, California. Plaintiff requests that the service issue be remedied.

### Discussion

According to the Court's record, Plaintiff is correct. In the First Amended Complaint Plaintiff reports Defendant Correctional Officer E. Vega's address as 701 Scofield Avenue, Wasco, California. (ECF No. 13 at 5 ¶16.) The Court, in error, reported in the service order issued on January 5, 2002, that Defendant Vega was employed at Corcoran State Prison. (ECR No. 20.) Thus, Plaintiff has shown cause why Defendant Vega should not be dismissed at this time for Plaintiff's failure to effect service. Therefore, the Court's order to show cause issued on March 14, 2022, shall be discharged. In addition, the Court, by separate order, shall initiate service upon Defendant Vega at Wasco State Prison.

## III.     ORDER

Accordingly, **IT IS HEREBY ORDERED** that the court's order to show cause, issued on March 14, 2022, is discharged.

IT IS SO ORDERED.

Dated:   **April 18, 2022**              **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE