UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emanuel Boone,<br><br>                    Plaintiff,<br><br><br>v.<br><br><br>Sgt. J. Burnes et al.,<br>                    Defendants. | 1:19-cv-01232-JLT-GSA  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>EMANUEL BOONE, CD # AZ-9584<br><br>DATE: March 4, 2024<br>TIME:  1:30 p.m. |

Emanuel Boone, inmate, CDC #AZ-9584, is necessary in proceedings in this case on March 4, 2024, and is currently confined at California Substance Abuse Treatment Facility at 900 Quebec Avenue, Corcoran, CA 93212, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before U.S. District Judge Jennifer L. Thurston in Courtroom #4,  7th Floor, at the United States Courthouse, 2500 Tulare Street, Fresno, California on March 4, 2024, at  1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of California Substance Abuse Treatment Facility**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

   Dated:   **January 23, 2024**                    **/s/ Gary S. Austin**



                                         UNITED STATES

MAGISTRATE JUDGE