UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL BOONE,<br><br>   Plaintiff,<br><br>   v.<br><br>CSP CORCORAN WARDEN, et al.,<br><br>   Defendants. | No. 1:19-cv-01232 JLT GSA (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 55) |

On January 24, 2024, the Court issued a writ of habeas corpus ad testificandum. ECF No. 55. The writ orders that Plaintiff be transported on March 4, 2024, from the California Substance Abuse Treatment Facility in Corcoran, California to the courtroom of the district judge who is presiding over this matter. See id. A pretrial conference is scheduled for that date. See ECF No. 53 at 6 (second scheduling order).

The second scheduling order issued by the District Judge however states that the pretrial conference set for March 4, 2024, will be held via Zoom conference. See ECF No. 53 at 2. Thus, the transport of Plaintiff to the federal courthouse in Fresno is not necessary. The transport writ was inadvertently issued, and therefore, it will be vacated. A writ directing the production of Plaintiff via Zoom for the March 4, 2024, pretrial conference will issue shortly.

1

Accordingly, IT IS HEREBY ORDERED that the writ of habeas corpus ad testificandum issued January 24, 2024 (ECF No. 55), is VACATED.

IT IS SO ORDERED.

Dated:   **January 24, 2024**               /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE