**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

EMANUEL BOONE
        Plaintiff,
  v.

CSP CORCORAN WARDEN, et al.
        Defendants.
_____/

No. 1:19-cv-01232 JLT GSA (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Emanuel Boone, inmate no. AZ-9584, is necessary in proceedings in this case on March 4, 2024, is confined at the California Substance Abuse Treatment Facility - Corcoran, in the custody of the Warden Brian D. Phillips. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Jennifer L. Thurston, to appear by Zoom video conference from his place of confinement, on March 4, 2024, at 1:30 p.m.

    Accordingly, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

    3. The Clerk of the Court is directed to serve a copy of this order via fax on the Records / Out-to-Court Desk at the California Substance Abuse Treatment Facility - Corcoran at (559) 992-7267 or via e-mail at leonel.ceballos@cdcr.ca.gov, and

    4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Irma Munoz, Courtroom Deputy, at imunoz@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the California Substance Abuse Treatment Facility – Corcoran, P.O. Box 7100, Corcoran, California 93212:**

    **WE COMMAND** you to produce the inmate named above to testify via Zoom video conference before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

   Dated:  **January 25, 2024**          **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE